UNITED STATES DISTRICT COURT                    b
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

KAYLA J. GILES,                              CIVIL ACTION NO. 1:19-CV-01173
Plaintiff

VERSUS                                       JUDGE DRELL

DELTA DEFENSE, L.L.C., *et al.,*             MAGISTRATE JUDGE PEREZ-MONTES
Defendants

---

## MEMORANDUM ORDER

Before the Court is a Complaint (Doc. 1) filed by Plaintiff Kayla J. Giles ("Giles").  Giles premises federal jurisdiction on diversity of citizenship.   The named Defendants are Delta Defense, L.L.C. and United Specialty Insurance Company (Giles's self-defense liability insurer).

Because Giles failed to properly show the citizenships of Delta Defense, L.L.C. and  United Specialty Insurance Company, this Court's subject matter jurisdiction is not established.  Giles was ordered to correctly show their citizenship (Doc. 4).

In response to that Order (Doc. 6), Giles shows that United Specialty Insurance Company is a Delaware corporation.  See 28 U.S.C. § 1332(c)(1).   Giles asks for additional time in which to conduct limited discovery to: (1) determine the principal place of business of United Specialty Insurance Company; and (2)  determine the identities and citizenship of every member of Delta Defense, L.L.C.  (Doc. 6).

IT IS ORDERED that Giles' request for additional time (Doc. 6) is GRANTED. Giles has through December 6, 2019 to file her Jurisdictional Memorandum to properly show the citizenship of all parties.

IT IS FURTHER ORDERED that Giles may conduct discovery at this time that is limited in scope to determining Defendants' citizenship.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 28th day of October 2019.

Joseph H.L. Perez-Montes
United States Magistrate Judge