UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KAYLA J. GILES** | **CIVIL ACTION NO. 1:19-cv-01173** |
| **VERSUS** | **CHIEF JUDGE DEE D. DRELL** |
| **DELTA DEFENSE, L.L.C. and UNITED SPECIALTY INSURANCE COMPANY** | **MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES** |

## DEFENDANT'S, DELTA DEFENSE, L.L.C., ANSWER TO KAYLA J. GILES' INTERROGATORY WITH RESPECT TO JURISDICTION OF THE COURT

**COMES NOW**, Defendant, Delta Defense, L.L.C., who responds to the Interrogatory propounded upon them by Plaintiff, Kayla J. Giles, as follows:

### INTERROGATORY NO. 1

State the identity of each member of the limited liability company and the place of domicile of each member.

### ANSWER TO NO. 1

Delta Defense, L.L.C. has two members, Timothy J. Schmidt, Sr. and Tonnie L. Schmidt. Both are residents of and domiciled in Wisconsin.

Respectfully submitted:

**KOEPPEL CLARK**

　　　/s/ *W. Scarth Clark*　　　
**PETER S. KOEPPEL (#1465)**
**W. SCARTH CLARK (#22993)**
**MEGAN B. JACQMIN (#33199)**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
*Attorneys for Delta Defense, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2019, a copy of the above and foregoing pleading has been forwarded to all counsel of record via CM/ECF filing through the United States District Court system, email, and/or United States Mail.

_/s/ W. Scarth Clark___
**W. SCARTH CLARK**