UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KAYLA J. GILES** | **CIVIL ACTION NO. 1:19-cv-01173** |
| **VERSUS** | **CHIEF JUDGE DEE D. DRELL** |
| **DELTA DEFENSE, L.L.C., and UNITED SPECIALTY INSURANCE COMPANY** **Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

-------------------------------------------------------------------------------------------------------------------

## PROPOSED PLAN OF WORK

On January 13, 2020, the following individuals participated in a meeting by telephone during which this Plan of Work was formulated:

Thomas R. Willson
1330 Jackson Street
Alexandria, La. 71301
Tel. (318) 442-8658
Fax (318) 442-9637
rocky@rockywillsonlaw.com
Attorney for Plaintiff – Kayla J. Giles

Ce'leste D. Elliott
601 Poydras Street, Suite 2775
New Orleans, La. 70130
Tel. (504) 568-1990
Fax. (504) 310-9195
celliott@lawla.com
Attorney for United Specialty Insurance Company

Megan B. Jacqmin
2030 St. Charles Avenue
New Orleans, La. 70130
Tel. (504) 598-1000
Fax (504) 524-1024
mjacqmin@koeppelllc.com
Attorney for Delta Defense, LLC

Part A

Based upon the information now reasonably available, the parties have agreed upon the following:

1.   February 21, 2020 is the deadline for exchange of initial disclosures under Fed. Civ. P. 26(a).

2.	April 24, 2020, is the deadline for filing dispositive motions

3.	The parties do not anticipate the necessity for deadlines for adding additional parties, filing amended pleadings, employing experts, exchanging reports of experts, or taking of the depositions of experts, at this time.

4.	The parties discussed the necessity for a protective order in light of the nature of the case and the publicity it has drawn.

Respectfully Submitted,

**LAW OFFICE OF,**

**/S/ THOMAS R. WILLSON**
**Thomas R. Willson**
**La. Bar No. 13546**
**1330 Jackson Street**
**Alexandria, Louisiana  71301**
**PH. NO. (318) 442-8658**
**FAX NO. (318) 442-9637**
rocky@rockywillsonlaw.com
**Attorney for Kayla J. Giles**


 **KOEPPEL CLARK**

  **/S/ MEGAN B. JACQMIN**
**Megan B. Jacqmin**
**La. Bar No. 33199**
**2030 St. Charles Avenue**
**New Orleans, Louisiana  70130**
**TEL NO. (504) 598-1000**
**FAX NO. (504) 524-1024**
mjacqmin@koeppelllc.com
Attorney for Delta Defense, LLC

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**

  **/S/ CE'LESTE D. ELLIOTT**
**Ce'leste D. Elliott**
**La. Bar No. 24068**
**601 Poydras Street, Suite 2775**
**New Orleans, Louisiana 70130**
**TEL. NO. (504) 568-1990**
**FAX. NO. (504) 310-9195**
celliott@lawla.com
Attorney for United Specialty Insurance Company