UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KAYLA J. GILES** | **CIVIL ACTION NO. 1:19-cv-01173** |
| **VERSUS** | **CHIEF JUDGE DEE D. DRELL** |
| **DELTA DEFENSE, L.L.C. and UNITED SPECIALTY INSURANCE COMPANY** | **MAGISTRATE JUDGE JOSEPH H. L. PEREZ-MONTES** |

## ORDER

Considering the foregoing Motion for Summary Judgment by Defendant, Delta Defense, LLC, it is hereby **ORDERED** the Motion is GRANTED.

Signed in Chambers in New Orleans, Louisiana, this _____ day of _____, 2020.

_____
DEE DRELL, JUDGE
UNITED STATES DISTRICT COURT