# INDICTMENT

## STATE OF LOUISIANA
## 9th JUDICIAL DISTRICT COURT
## FOR THE PARISH OF RAPIDES

**STATE OF LOUISIANA**           **DOCKET NO.** 345,209 **SECTION:** 3

   **VERSUS**                      **FILED:** _____

**KAYLA JEAN GILES COUTEE**
**DOB:** ~~_____~~

(A TRUE BILL) / NO TRUE BILL

BY: _____, **FOREPERSON**

### COUNT 1

On this the 27th day of August, 2019, the Grand Jury of the Parish of Rapides, charges that on September 8, 2018, and in the Parish, District and State aforesaid, **Kayla Jean Giles Coutee**, committed the second degree murder of Thomas Coutee Jr. when she had the specific intent to kill or to inflict great bodily harm, as defined by Louisiana Revised Statute title 14:30.1; and

### COUNT 2

On this the 27th day of August, 2019, the Grand Jury of the Parish of Rapides, charges that on or between September 6, 2018 and September 8, 2018, and in the Parish, District and State aforesaid, **Kayla Jean Giles Coutee**, committed the crime of obstruction of justice, as defined by Louisiana Revised Statute title 14:130.1, when she intentionally removed and concealed a bag from her home containing electronic evidence with the specific intent of distorting the results of any criminal investigation or proceeding which may reasonably prove relevant to a criminal investigation or proceeding while she had the knowledge that such act has, or reasonably may, or will affect an actual or potential present, past, or future criminal proceedings; and

*Contrary to the law of the State of Louisiana and against the peace and dignity of the same.*

**JEFF LANDRY,**
**LOUISIANA ATTORNEY GENERAL**

BY: _Brooke Harris_

Patrick D. Magee, Bar No. 29721
**Director, Criminal Division**
Brooke Harris, Bar No. 37717
**Assistant Attorney General**

FILED IN OPEN COURT
8-27 ____, 2019
_____
Deputy Clerk of Court