UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KAYLA J. GILES** | **CIVIL ACTION NO. 1:19-cv-01173** |
| **VERSUS** | **CHIEF JUDGE DEE D. DRELL** |
| **DELTA DEFENSE, L.L.C., and UNITED SPECIALTY INSURANCE COMPANY** **Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

---

## ORDER

Considering the Motion for Stay filed by Kayla J. Giles, plaintiff, and the record in this matter,

IT IS ORDERED that the defendants, Delta Defense, L.L.C. and United Specialty Insurance Company are to file any opposition, consent, or other response to the Motion for Stay within thirty (30) days of this date

Signed on this \_\_\_\_ day of September, 2020, at Alexandria, Louisiana.

_____
JUDGE

.