UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KAYLA GILES | CIV. ACT. NO. 19-CV-01173 |
| v. | JUDGE DRELL |
| DELTA DEFENSE, LLC, ET AL. | MAG. JUDGE PEREZ-MONTES |

ORDER

Having considered the "Motion for Stay of Proceedings" filed by Plaintiff (Doc. 48), as well as the memoranda in opposition filed by defendants (Docs. 53, 54), it is hereby

ORDERED that Plaintiff's motion is GRANTED. The case is now STAYED pending conclusion of the underlying state criminal proceedings (State of Louisiana v. Kayla Jean Giles Coutee Docket No. 345209, Div. G). In the interest of ensuring that this case does not lie dormant for an unnecessary amount of time, it is further

ORDERED that counsel shall file into the record of this case status reports informing the court of the posture of the underlying state court proceeding and any additional delays every sixty (60) days, commencing sixty (60) days from issuance of this order.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 29th day of December, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT