UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KAYLA J. GILES** | **CIVIL ACTION NO. 1:19-cv-01173** |
| **VERSUS** | **CHIEF JUDGE DEE D. DRELL** |
| **DELTA DEFENSE, L.L.C., and UNITED SPECIALTY INSURANCE COMPANY** **Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

-----------------------------------------------------------------------------------------------------------------------------

### REPORT IN ACCORDANCE WITH ORDER OF DECEMBER 29, 2020

NOW INTO COURT, through undersigned counsel, comes Kayla J. Giles, who reports to the court as follows, to-wit:

1. Kayla Giles was indicted for one (1) count of Second Degree Murder in violation of La. R.S. 14:30.1, and one (1) count of Obstruction of Justice in violation of La. R.S. 14:130.1, in docket number 345,209, on the docket of the Ninth Judicial District Court in and for Rapides Parish, Louisiana.

2. Hearings on pre-trial motions were held on November 9, 2020, and rulings were made on each that date.

3. Notice of Intention to Apply for Emergency Supervisory Writs of Certiorari and Review and Stay Order were filed December 3, 2020. The same were timely perfected and a response to the same has been filed by the State of Louisiana. All these matters bear Docket No. KW 20-98 on docket of the Louisiana Third Circuit Court of Appeal. No decision has been rendered on these matters as of this time.

4. At this time, the trial of the above criminal proceedings remains fixed for May 17, 2021.

**WHEREFORE, KAYLA J. GILES PRAYS** that this Report be filed to serve as occasion may allow.

                               **LAW OFFICE OF,**

                               **/S/ THOMAS R. WILLSON**
                               **THOMAS R. WILLSON**
                               **1330 JACKSON STREET**
                               **ALEXANDRIA, LOUISIANA  71301**
                               **PH. NO. (318) 442-8658**
                               **FAX NO. (318) 442-9637**
                               rocky@rockywillsonlaw.com
                               **Attorney for Kayla J. Giles (#13546)**

### Certificate of Service

I hereby certify that this Report was provided to Counsel for United Specialty Insurance Company, Celeste D. Elliott, by depositing the same in the U.S. Mail addressed to 601 Poydras Street, Suite 2775, New Orleans, La. 70130, and counsel for Counsel for Delta Defense, L.L.C., W. Scarth Clark and Megan B. Jacqmin, by depositing the same in the U.S. Mail addressed to 2030 St. Charles Avenue, New Orleans, La. 70130, with sufficient postage affixed, this 26th day of February, 2021.

                             **/S/ THOMAS R. WILLSON**
                              **THOMAS R. WILLSON**