UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KAYLA J. GILES** | CIVIL ACTION NO. 1:19-cv-01173 |
| **VERSUS** | CHIEF JUDGE DEE D. DRELL |
| **DELTA DEFENSE, L.L.C., and UNITED SPECIALTY INSURANCE COMPANY** **Defendants** | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

-----------------------------------------------------------------------------------------------------------------------

**PERIODIC REPORT IN ACCORDANCE WITH ORDER OF DECEMBER 29, 2020**

NOW INTO COURT, through undersigned counsel, comes Kayla J. Giles, who reports to the court as follows, to-wit:

1. Kayla Giles was indicted for one (1) count of Second Degree Murder in violation of La. R.S. 14:30.1, and one (1) count of Obstruction of Justice in violation of La. R.S. 14:130.1, in docket number 345,209, on the docket of the Ninth Judicial District Court in and for Rapides Parish, Louisiana.

2. The trial court fixed the trial of the criminal proceedings to commence on May 17, 2021. It later directed the same would begin on May 18, 2021.

3. Hearings on pre-trial motions were held on November 9, 2020, and rulings were made on each motion on that date. Notice of Intention to Apply for Emergency Supervisory Writs of Certiorari and Review and Stay Order was filed December 3, 2020. The same was timely perfected and a response to the same was been filed by the State of Louisiana. All these matters bear Docket No. KW 20-98 on docket of the Louisiana Third Circuit Court of Appeal.

4.  A decision on the Writ Application was not rendered until May 3, 2021. The court granted some of the issues raised, and denied some, and required a further hearing on others. An application was thereafter made to the Louisiana Supreme Court from that decision, an Answer was filed by the prosecution and the Application was denied by email dated May 13, 2021.

5.  In the interim, lead counsel for the prosecution left his employment with the Louisiana Attorney General's Office and was no longer involved in this case. His position was taken by a new attorney.

6.  Shortly after noon on May 12, 2021, the prosecution provided the defense with a document containing 73,000 pages which the prosecution states was in the possession of law enforcement but had not been previously provided to it. The item (an external disc drive) contains 1,588,171.00, more items than were previously provided to the defense.

7. As a result of the new evidence the defense filed a Motion for Continuance and at the hearing on the same the court granted the Motion and continued the trial to January 18, 2022.

**WHEREFORE, KAYLA J. GILES PRAYS** that this Report be filed to serve as occasion may allow.

                        LAW OFFICE OF,

                        **/S/ THOMAS R. WILLSON**
                        **THOMAS R. WILLSON**
                        **1330 JACKSON STREET**
                        **ALEXANDRIA, LOUISIANA  71301**
                        **PH. NO. (318) 442-8658**
                        **FAX NO. (318) 442-9637**
                        rocky@rockywillsonlaw.com
                        **Attorney for Kayla J. Giles (#13546)**

## Certificate of Service

  I hereby certify that this Report was provided to Counsel for United Specialty Insurance Company, Celeste D. Elliott, by depositing the same in the U.S. Mail addressed to 601 Poydras Street, Suite 2775, New Orleans, La. 70130, and counsel for Counsel for Delta Defense, L.L.C., W. Scarth Clark, by depositing the same in the U.S. Mail addressed to 2030 St. Charles Avenue, New Orleans, La. 70130, with sufficient postage affixed, this 24th day of May, 2021.

    **/S/ THOMAS R. WILLSON**
    **THOMAS R. WILLSON**