UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KAYLA J. GILES** | **CIVIL ACTION NO. 1:19-cv-01173** |
| **VERSUS** | **SENIOR JUDGE DEE D. DRELL** |
| **DELTA DEFENSE, L.L.C., and UNITED SPECIALTY INSURANCE COMPANY** **Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

-----------------------------------------------------------------------------------------------------------------------

**PERIODIC REPORT IN ACCORDANCE WITH ORDER OF DECEMBER 29, 2020**

NOW INTO COURT, through undersigned counsel, comes Kayla J. Giles, who reports to the court as follows, to-wit:

1. Kayla Giles was indicted for one (1) count of Second Degree Murder in violation of La. R.S. 14:30.1, and one (1) count of Obstruction of Justice in violation of La. R.S. 14:130.1, in docket number 345,209, on the docket of the Ninth Judicial District Court in and for Rapides Parish, Louisiana.

2. The trial court continued the trial of the criminal proceedings to January 18, 2022, as set forth in the last Report filed in this matter.

3. Nothing further has occurred in this case other than the denial of her Motion for Bond Reduction.

**WHEREFORE, KAYLA J. GILES PRAYS** that this Report be filed to serve as occasion may allow.

LAW OFFICE OF,

/S/ THOMAS R. WILLSON_____
THOMAS R. WILLSON
1330 JACKSON STREET
ALEXANDRIA, LOUISIANA  71301
PH. NO. (318) 442-8658
FAX NO. (318) 442-9637
rocky@rockywillsonlaw.com
**Attorney for Kayla J. Giles (#13546)**

## Certificate of Service

      I hereby certify that this Report was provided to Counsel for United Specialty Insurance Company, Celeste D. Elliott, by depositing the same in the U.S. Mail addressed to 601 Poydras Street, Suite 2775, New Orleans, La. 70130, and counsel for Counsel for Delta Defense, L.L.C., W. Scarth Clark, by depositing the same in the U.S. Mail addressed to 2030 St. Charles Avenue, New Orleans, La. 70130, with sufficient postage affixed, this 21ST day of September, 2021.

                **/S/ THOMAS R. WILLSON**_____
                 **THOMAS R. WILLSON**